FILED by **DG** D.C.

**Apr 17, 2018**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
# 18-20307-CR-SCOLA/TORRES
CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(e)
18 U.S.C. § 554
18 U.S.C. § 981(a)(1)(C)
22 U.S.C. § 401
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

**v.**

**CALVIN EMMANUEL BOWLEG,**

**Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.      The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), an agency of the United States Department of Justice, administers and enforces laws and regulations pertaining to the acquisition and disposition of firearms.

2.      Before a federally licensed firearms dealer could sell or transfer a firearm to any person, the federally licensed firearms dealer and the buyer or transferee are required to complete ATF Form 4473.

3.      By completing the ATF Form 4473, the firearm buyer or transferee is required to verify that he or she is the actual buyer or transferee of the firearm. The form warns that a buyer

is not an actual buyer if he or she is acquiring the firearm on behalf of another person, and that, if the buyer is not the actual buyer, the firearms dealer may not transfer the firearm to the buyer.

4. ATF Form 4473 further warns that a buyer falsely verifying that he or she is the actual buyer is a crime punishable as a felony under federal law.

## COUNT 1
## Conspiracy to Purchase Firearms by Means of False Statements
## (18 U.S.C. § 371)

1. The allegations set forth in paragraphs 1 through 4 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2. From on or about September 14, 2017, through on or about September 21, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## CALVIN EMMANUEL BOWLEG,

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to commit offenses against the United States, that is, in connection with the acquisition of any firearm from a federally licensed firearms dealer, to knowingly make any false and fictitious written statement to such dealer intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## PURPOSE OF THE CONSPIRACY

1. It was the purpose of the conspiracy for the defendant and his co-conspirators to unlawfully enrich themselves by purchasing firearms by means of false and fictitious statements.

2

## OVERT ACTS

In furtherance of the conspiracy and to achieve the object thereof, the defendant or at least one of his co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1.  On or about September 14, 2017, at A&B Pawn and Gun Inc., **CALVIN EMMANUEL BOWLEG** filled out a ATF Form 4473 falsely and fraudulently representing that he was the actual buyer of a Smith & Wesson SD40VE .40 firearm.

2.  On or about September 21, 2017, at A&B Pawn and Gun Inc., **CALVIN EMMANUEL BOWLEG** completed the purchase and took possession of a Smith & Wesson SD40VE .40.

All in violation of Title 18, United States Code, Section 371.

### COUNT 2
### Purchase of a Firearm by Means of a False Statement
### (18 U.S.C. § 922(a)(6))

On or about September 14, 2017, in Broward County, in the Southern District of Florida, the defendant,

### CALVIN EMMANUEL BOWLEG,

in connection with the acquisition of any firearm from a federally licensed firearms dealer, that is, A&B Pawn and Gun Inc., did knowingly make any false and fictitious written statement to such dealer intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearm, when in truth and fact, and as the defendant then and there well knew, he was purchasing the firearm for another person, in violation of Title 18, United States Code, Section 922(a)(6).

3

It is further alleged that the firearm is one (1) Smith & Wesson SD40VE .40 (serial number

HEY9437).

### COUNT 3
### Smuggling Firearms and Firearm Parts
### (18 U.S.C. § 554)

On or about September 21, 2017, in Broward County, in the Southern District of Florida,

the defendant,

### CALVIN EMMANUEL BOWLEG,

did fraudulently and knowingly export and send from the United States to a place outside thereof,

that is, the Bahamas, any merchandise, article, and object, that is, a firearm, and did facilitate the

transportation of such merchandise, article, and object prior to exportation, knowing the same to

be intended for exportation, contrary to any law and regulation of the United States, namely, Title

22, United States Code, Section 2778, and Title 22, Code of Federal Regulations, Section 121.1,

in violation of Title 18, United States Code, Sections 554(a) and 2.

### FORFEITURE ALLEGATION

1.      The allegations of this Indictment are re-alleged and by this reference fully

incorporated herein for the purpose of alleging criminal forfeiture to the United States of America

of certain property in which the defendant have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 371, Title

18, United States Code, Section 922(a)(6), and/or Title 18, United States Code, Section 554, as

alleged in this Indictment, the defendant shall forfeit all of his right, title and interest to the United

States in any property, real or personal, which constitutes or is derived from proceeds traceable to

such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and in all arms or

4

munitions of war and other articles seized as a result of such violation, pursuant to Title 22, United States Code, Section 401.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 22, United States Code, Section 401, both of which are made applicable by Title 28, United States Code, Section 2461(c), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

TRINITY JORDAN
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CALVIN EMMANUEL BOWLEG,

Defendant.

_____ /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**

**Court Division**: (Select One)

X    Miami    ___ Key West
    ___ FTL    ___ WPB    ___ FTP

New Defendant(s)    Yes _____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No)    No
    List language and/or dialect _____

4.    This case will take    4-6    days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

(Check only one)        (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | | Petty | |
| II | 6 to 10 days | X | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6.    Has this case been previously filed in this District Court? (Yes or No)    No
If yes:
Judge:    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the District of _____
Is this a potential death penalty case? (Yes or No)    No

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes _____    No x

_____
TRINITY JORDAN
ASSISTANT UNITED STATES ATTORNEY
Court ID Number A5502340

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: CALVIN EMMANUEL BOWLEG**

**Case No:**

Count #: 1

Conspiracy to Purchase Firearms by Means of a False Statement

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Purchase of a Firearm by Means of a False Statement

Title 18, United States Code, Section 922(a)(6)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 3

Smuggling Goods Outside of the United States

Title 18, United States Code, Section 554

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**